**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA** RECEIVED
**NORTHERN DIVISION**

2005 NOV -8  P 1: 15

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

JIMMY C. FREE,                                )
                                             )
              Plaintiff,                      )
                                             )
v.                                           )   Civil Action No: 2:05cv 1078 -T
                                             )
CITIFINANCIAL CORPORATION, LLC,               )
                                             )
              Defendant.                      )

### RULE 7.1 STATEMENT OF CITIFINANCIAL CORPORATION, LLC

COMES NOW Defendant CitiFinancial Corporation, LLC (hereafter "CitiFinancial" or "Defendant"), by and through its undersigned counsel, and states that the only publicly-held corporation that owns more than 10% of it is Citigroup Inc.

Respectfully submitted,

John R. Chiles (CHI006)
Reid S. Manley (MAN039)
Heath A. Fite (FIT011)

Attorneys for Defendant

OF COUNSEL:
BURR & FORMAN LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

1410280

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing RULE 7.1 STATEMENT OF CITIFINANCIAL CORPORATION, LLC has been served on the following by directing same to their office addresses through first-class, United States mail, postage prepaid, on this the 7th day of November, 2005:

Jon M. Folmar
P.O. Box 342
Luverne, Alabama  36049
Tel:  (334) 335-4809
Fax:  (334) 335-4170

OF COUNSEL

1410280                                                2