IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY C. FREE, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) CIVIL ACTION NO. 2:05cv1078-T |
| CITIFINANCIAL, et al., | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

## REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on the __ day of November, 2005, and was attended by Jon M. Folmar, Esq., attorney for plaintiff Jimmy C. Free, and by Reid S. Manley, Esq., attorney for defendant CitiFinancial.

2. Pre-Discovery Disclosures. The parties will exchange the information required by Fed.R.Civ.P. 26(a)(1) by December 15, 2005.

3. Discovery Plan. The parties jointly propose to the court the following discovery plan:

    a. Discovery will be needed on the following subjects: Plaintiffs' claims and Defendant's defenses.

    b. All discovery commenced in time to be completed by May 1, 2006.

    c. Maximum of 25 interrogatories by each party to any other party. Responses due 30 days after service.

    d. Maximum of 25 requests for admission by each party to any other party. Responses due 30 days after service.

    e. Maximum of 6 deposition by plaintiffs and 6 by defendant(s).

1413754

  f. Each deposition is limited to maximum of 7 hours unless extended by agreement of parties.

  g. Reports from retained experts under Rule 26(a)(2) due:

    from plaintiffs by February 1, 2006

    from defendant by March 1, 2006

    Supplementations under Rule 26(e) due April 3, 2006.

4. Other Items.

  a. The parties do not request a conference with the court before entry of the scheduling order.

  b. The parties request a pretrial conference on June 1, 2006.

  c. Plaintiffs should be allowed until January 6, 2006 to join additional parties and amend the pleadings.

  d. Defendant should be allowed until February 6, 2006 to join additional parties and amend the pleadings.

  e. All potentially dispositive motions should be filed by no later than 90 days prior to the pretrial conference date.

  f. The parties are presently discussing settlement.

  g. Final lists of witnesses and exhibits under Rule 26(a)(3) should be due

    from plaintiffs by April 1, 2006

    from defendant by April 15, 2006

  h. Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

  i. The case should be ready for trial by June 26, 2006, and at this time is expected to take approximately two (2) days.

1413754

Respectfully submitted,

_____
Reid S. Manley (MAN039)
Heath A. Fite (FIT011)

Attorneys for Defendant
CITIFINANCIAL

**OF COUNSEL:**

BURR & FORMAN LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000

_____
Jon M. Folmar

Attorney for Plaintiff
JIMMY C. FREE

**OF COUNSEL:**

Post Office Box 342
Luverne, AL 36049
Telephone: 334/ 335-4809
Facsimile: 334/ 335-5170

1413754