IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JIMMY C. FREE,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO. 2:05cv1078-T |
| **CITIFINANCIAL,** | ) |
| **Defendant.** | ) |

## JOINT STIPULATION FOR DISMISSAL

COME NOW Defendant CitiFinancial, Inc. ("Defendant"), and Plaintiff, Jimmy C. Free, by and through their respective attorneys of record, and stipulate to the DISMISSAL of each claim and count therein asserted WITH PREJUDICE, and to tax costs as paid.

**WHEREFORE, PREMISES CONSIDERED**, the parties jointly pray that the Court will enter an Order of Dismissal in this matter.

Dated this 26th day of January, 2006          Dated this 26th day of January, 2006

___/s/ Reid S. Manley_____          __/s/ Jon M. Folmar_____
Reid Manley                                    Jon M. Folmar
BURR & FORMAN LLP                              Post Office Box 342
3100 Wachovia Tower                            Luverne, Alabama 36049
420 North 20th Street                          Telephone: 334/ 335-4809
Birmingham, Alabama 35203                      Facsimile: 334/ 335-4170
Telephone: 205/ 251-3000
Facsimile: 205/ 458-5100                       ATTORNEY FOR PLAINTIFF

Attorneys for Defendant
CITIFINANCIAL, INC.

1431084